**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1574**

ANGELA ANGEL,

        Plaintiff - Appellant,

    v.

INTERNAL REVENUE SERVICE,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:18-cv-00348-GLR)

Submitted:  September 20, 2018          Decided:  October 2, 2018

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Angela Angel, Appellant Pro Se.  Robert Joel Branman, Tax Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angela Angel appeals the district court's orders denying her motion for leave to proceed in forma pauperis in her civil action and denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Angel v. IRS*, No. 1:18-cv-00348-GLR (D. Md. Apr. 27, 2018; Mar. 30, 2018). We grant the motion for leave to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*